**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Richard Rivera**<br>DOB: 1967; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-06100MJ |

Complaint for violation of Title 18, United States Code, Sections 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 18, 2023, in the District of Arizona, Defendant **Richard Rivera** did intentionally and forcibly assault United States Border Patrol Agent L.C., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent L.C. was engaged in, or on account of the performance of his duties, by headbutting Agent J.C. and stomping and kicking Agent J.C.'s feet and legs. All in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 18, 2023, United States Border Patrol agents detained **Richard Rivera** after he laid down on the ground and refused to leave the U.S. Border Patrol checkpoint on State Route 83. Supervisory Agent L.C. responded and transported **Rivera** to the Sonoita Border Patrol Station, in the District of Arizona, for holding until the Arizona Department of Public Safety could respond. During the drive, **Rivera** laid down and repeatedly kicked the door of the vehicle and yelled "you are a fucking asshole" at Agent L.C. Once at the station when **Rivera** started to get out of the vehicle, **Rivera** cocked his head back and headbutted Agent L.C., hitting the agent's nose. **Rivera** then proceeded to stomp Agent L.C.'s foot and kick his legs until several agents were able to restrain him.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>USBP Agent Rafael Ruiz |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 21, 2023 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewing AUSA S. Houston